UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS FAGAN,<br><br>      Plaintiff,<br><br>-against-<br><br>MOUNT VERNON CITY SCHOOL DISTRICT, et al,<br><br>      Defendants. | 25-CV-927 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due June 5, 2025 and the initial pretrial conference scheduled for June 12, 2025 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 23, 2025**. Failure by Plaintiff to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: May 2, 2025
    New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge