**MEMO ENDORSED**



Rocco G. Avallone*
Christopher F. Bellistri
_____

OF COUNSEL:

David Smith
Oscar Prieto
George Fontana
Wendy Salman-Herlands
Joe Stancati
Alexander Tapia
Peter Thomas
Jonathan Rubin

*MEMBER OF NY AND CT BAR

3000 Marcus Avenue, Suite 3E07
Lake Success, New York 11042
Tel.: (516) 986-2500 • Fax: (516) 986-2501
www.lawyersAB.com

July 15, 2025

Magistrate Judge Victoria Reznik
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:  **Dennis Fagan v. Mount Vernon City School District, et al**
     **Case No.: 25-CV-927**

Hon. Magistrate Judge Reznick:

   This office represents the Plaintiff, Dennis Fagan, in the above referenced matter. The parties' respective representatives, Rocco G. Avallone, Esq. for the Plaintiff, and Gerald S. Smith, Esq. for the Defendants, have conferred and respectfully request that the Initial Case Management Conference scheduled for July 24, 2025 at 11:00 am be adjourned until after the current motion to dismiss filed by the Defendants is fully briefed and decided before the initial conference is rescheduled.

   The parties have agreed to the following briefing schedule, with the court's approval:

   - **Plaintiff to file Opposition to the Motion To Dismiss by August 29, 2025;**

   - **Defendants to file Reply to the Opposition by September 19, 2025.**

Thank you for your anticipated consideration of this request.

                                                    Respectfully submitted,
                                                     AVALLONE & BELLISTRI, LLP

                                                   By: *Rocco G. Avallone*
                                                   Rocco G. Avallone, Esq.
                                                   *Attorneys for Plaintiff*
                                                   3000 Marcus Avenue,
                                                 Suite 3E7
                                                 Lake Success, NY 11042
                                                 ravallone@lawyersab.com

cc: Gerald S. Smith, Esq via e-file

> The parties' request is **GRANTED**, and the telephonic status conference scheduled for July 24, 2025, is adjourned sine die.
>
> SO ORDERED.
>
> _____
> Hon. Victoria Reznik, U.S.M.J.
>
> Dated: 7/18/2025