**SILVERMAN & ASSOCIATES** | **ATTORNEYS AT LAW**

**MEMO ENDORSED** May 8, 2026

**VIA ECF**
Honorable Victoria Reznik
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re:   *Fagan v. Mount Vernon CSD, et al.*
>        Index No.: 25-CV-00927 (JGLC)

Your Honor:

We represent the Defendants in this matter and are writing the consent of Plaintiff with regard to the briefing schedule related to Plaintiff's motion for leave to file an Amended Complaint as well a late Notice of Claim.  (ECF Document No. 39).  The parties have conferred and have agreed upon the following briefing schedule:  Defendants' opposition to be due by May 15th and Plaintiff's reply to be due by May 29th.

The parties respectfully request that Your Honor "So Order" this briefing schedule.

Thank You for Your attention to this matter.

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

Gerald S. Smith

CC:   **Via ECF**
       *All Counsel of Record*

The Court **GRANTS** the request and adopts the parties' proposed briefing schedule above. The Clerk of Court is respectfully directed to close the gavel on ECF No. 40.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 05/08/2026

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com